1534

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**FILED**
DEC 29 2016
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) Criminal No. 16-277 |
| | ) (18 U.S.C. § 1028(a)(4)) |
| MARTIN ESQUIVEL-HERNANDEZ | ) |

## INFORMATION

### COUNT ONE

The United States Attorney charges that:

On or about December 5, 2011, in the District of Arizona, the defendant, MARTIN ESQUIVEL-HERNANDEZ, did knowingly possess an identification document not issued lawfully for the use of the defendant, to wit, a U.S. Border Crossing Card of Antonio Alatorre Torres, with the intent such document be used to defraud the United States.

In violation of Title 18, United States Code, Section 1028(a)(4).

SOO C. SONG
Acting United States Attorney
PA ID No. DC 457268